UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Ocala _____ Division

CIVIL RIGHTS COMPLAINT FORM

GERARD JAMAR MANN #02S3107 CASE NUMBER: 5:23-CV-242
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

John Doe individual ; official capacity
John Doe(2) individual ; official capacity

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

FILED 2023 APR 17 PM 2:31

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: MARION County Jail
(Indicate the name and location)
3290 NW 10 st Ocala, FL 34475

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   (No)(✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   (No)(✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): Not Applicable

      Not Applicable

      Defendant(s): Not Applicable

      Not Applicable

   2. Court (if federal court, name the district; if state court, name the county):

      Not Applicable

   3. Docket Number: Not Applicable

   4. Name of judge: Not Applicable

   5. Briefly describe the facts and basis of the lawsuit: Not Applicable

      Not Applicable

      Not Applicable

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      Not Applicable

      Not Applicable

   7. Approximate filing date: Not Applicable

   8. Approximate disposition date: Not Applicable

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: __NOT Applicable__

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __GERARD JAMAR MANN__

   Mailing address: __Marion County Jail 3290 NW 10th st Ocala, FL, 34475__

B. Additional Plaintiffs: __Not Applicable__

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __John Doe__

   Mailing Address: __700 NW 30 Ave Ocala FL 34475__

   Position: __Correction officer__

   Employed at: __Marion County Jail__

D. Defendant: __John Doe(2)__

   Mailing Address: __700 NW 30 Ave Ocala FL 34475__

DC 225 (Rev 2/2012)

3

Position: Correction officer
Employed at: Marion County Jail
E. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable
F. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable
G. Defendant: Not Applicable
Mailing Address: Not Applicable

Position: Not Applicable
Employed at: Not Applicable

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any **claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

eighth AMendMent Claim for excessive force for unLawfull use of pepper spray

eighth AMendMent Claim for Mental anguish, duress, eMotional disstress for cause of excessive force

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

See notes on A-1 & A-2 for all detil.

# A-1

On 6-5-2022 at approximitly 12:15 AM, I Gerard Mann was released from confinement and classified to G-pod. once I entered G-pod I was assigned to G-C (a section in G-pod) in fear that I may have problems with people inside this section ~~officer of~~ the jail I told officer John Doe "I may have problems with people inside this section." officer John Doe replied "I dont care." I enter the pod and see people I have had fights with in the pass. In Fear for my life I go back to the door to talk with officer. Once at the door I ask officer John Doe "Can I talk with you." officer John Doe replies "What do you want." I tell officer "I'm in fear for my life." officer let me out the pod and in the officer section. Once I get out of the pod I begain telling officer John Doe that "gang member are in this pod and want to fight me." officer John Doe then replies " if you dont get back inside the pod you are going to confinement." I turn around and put my hands behind my back and officer John Doe hand-cuff me. officer then walk me to a ~~steel~~ seat. Once seated officer John Doe then get on the phone. At this time officer John Doe (2) begain to ask me "why are you not going back in there." I tell officer John Doe(2) that "I have problem". officer replies "dont be a pussy." officer John Doe (2) then walk inside the inmate pod and ask the inmate "who have a problem with this guy cause he telling on all you guys". officer John Doe then get off the phone and un-cuff my hands. officer John Doe then tell me "If I dont get back inside I'm going to pepper spray your ass". In fear to get pepper spray and in fear to go back inside the pod, I put my hands behind my head and get down on my knees, I then lay down on my stomack and put my hands behind my back. officer then state "you are not getting off that easy", and pepper spray me in back of my head for about 5 sec. officer John Doe then hand-cuff me and I hear some one say "got to get him in the face". At this time ⟶ A-2

A-2

I was Sprayed a second time. I'm then ~~toppers the~~ laying on the Ground hand-Cuff ~~I~~ have difficulty breathing and feel my head burning. Officer John Doe then walk me to the infirmary to be decontaminated. Once I take a shower I feel a light anxiety attack and ~~postumatic~~ postraumatice stress. Officer John Doe tell me "time is up", I replie "can I get a little more time I only been in here for like 5 minutes and I have a lot of Mace on me". He replies "No." I then get out and ask for something to dry off with. Officer John Doe give me a dirty pair of pants to dry off with. Officer John Doe then walk me to Confinement. Once in my cell I cant sleep due to my skin burning. ~~Start~~ and once I close my eyes I have bad anxiety and stress attacks because I see officers spraying me over and over. As this go on the next day I begain having suicidal thought. I tell officer of this and be put on Suicidal watch for 48 hours. It should also be noted that when I got my property back all of my personal belonging was missing due to officer John Doe(2) Throwing it away.
I also have bad Dreams every other night, and fine it hard to deal with officers with out having anxiety attacks.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

nominal damages for loss of personal property $10.00

Compensatory damages for $2,000,000 and punitive damages for $1,000,000

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this April day of 11, 2023.

_(signature)_

(Signatures of all Plaintiffs)

IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the April day of 11, 2023.